This document was signed electronically on January 10, 2017, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: January 10, 2017



Pat E. Morgenstern-Clarren
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:  CHAPTER 7

CASE NO. 16-15566

DENNIS MARTIN WOODWORTH
VICTORIA LEE WOODWORTH

      Debtors  JUDGE PAT E. MORGENSTERN-CLARREN

**ORDER AUTHORIZING THE CHAPTER 7 TRUSTEE TO RETAIN
BK GLOBAL REAL ESTATE SERVICES AND RE/MAX RESULTS-DENNIS FALVEY
TO PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. §327, 328 AND 330**

This matter came on for consideration by this Court upon the Application of Waldemar J. Wojcik, the Chapter 7 Trustee herein ("Trustee"), to Retain BK Global Real Estate Services and RE/MAX RESULTS-DENNIS FALVEY to Procure Consented Public Sale pursuant to 11 U.S.C. § 327, 328 and 330 ("Application").

The Court, having reviewed and considered the Application and Notice thereof and the Affidavit of Disinterestedness, finds as follows:

This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157(b)(2).

A. Venue of this Chapter 7 case and the Application is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

B. Notice of the Application was sufficient under the circumstances.

Based upon the foregoing findings of fact, it is hereby

ORDERED, ADJUDGED, AND DECREED that:

1. The Application is in the best interest of this Estate and is hereby GRANTED.

2. Defined terms not otherwise defined herein have the meanings given to them in the Application and the Affidavit.

3. The Trustee is authorized to retain and compensate BKRES and RE/MAX RESULTS-DENNIS FALVEY ("Listing Agent") to procure Secured Creditor's Consent, and to otherwise market and sell the Property, in Debtor's Chapter 7 case pursuant to Sections 327, 328(a) and 330 of the Bankruptcy Code, and Bankruptcy Rules 2014 and 2016, in accordance with the terms and conditions set forth in the BKRES Agreement, the Listing Agreement and this Order. BKRES and Listing Agent shall not split or otherwise share their fees with any other person or entity.

4. BKRES and Listing Agent are disinterested persons within the meaning of Bankruptcy Code Section 101(14).

5. BKRES and Listing Agent shall be compensated in accordance with the BKRES Agreement and Listing Agreement, respectively, and such compensation shall not hereafter be subject to challenge except under the standard of review set forth in Section 330 of the Bankruptcy Code.

6. BKRES and Listing Agent shall be authorized to receive and retain their fees from Secured Creditor at the successful closing of the sale of the Property without necessity of further order of the Court. The estate shall, in no circumstance, be obligated to compensate BKRES or Listing

7. Agent in such event and BKRES and Listing Agent shall not have a claim against the estate for any unpaid amounts.  BKRES and Listing Agent, and anyone claiming by, through or under either of them, shall only have recourse for recovering its fee to Secured Creditor.  The estate shall have no liability for any such claim.

8. Notice of the Application was adequate and proper.

9. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

#          #          #

SUBMITTED AND APPROVED BY:

/s/ Waldemar J. Wojcik
_____
WALDEMAR J. WOJCIK, Trustee (0021824)
526 Superior Ave., Suite 211
Cleveland, Ohio   44114
Phone:  (216) 241-2628
Fax:  (216) 373-2392

-3-

16-15566-pmc    Doc 31    FILED 01/10/17    ENTERED 01/10/17 16:40:41    Page 3 of 4

**CERTIFICATE OF SERVICE**

       A copy of the foregoing Order Granting Application to Employ Real Estate Broker was served by the Clerk of the U.S. Bankruptcy Court via ordinary U.S. mail, postage prepaid and/or by ECF email upon those parties who receive notice through the Court's electronic noticing system, including upon each of the following:

Dennis and Victoria Woodworth, Debtors
223 East Parkway Dr.
Madison, OH  44057

Heather L. Moseman, Attorney for Debtors (via ECF Email: heather@mosemanlaw.com)

Office of U.S. Trustee (via ECF email:  Registered address @usdoj.gov)

Waldemar J. Wojcik, Trustee (via ECF email:  wwojcik@wojciklpa.com)

Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT  84165-0250