This document was signed electronically on February 10, 2017, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: February 10, 2017



IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 16-15566-pmc |
| DENNIS MARTIN WOODWORTH<br>VICTORIA LEE WOODWORTH | CHAPTER 7 |
| Debtors | JUDGE PAT E MORGENSTERN-CLARREN |

**AGREED ORDER RESOLVING MOTION FOR RELIEF FROM STAY and ABANDONMENT, doc. 34**
**223 E PARKWAY DRIVE, MADISON, OH 44057**

This matter is before the Court upon the Motion for Relief From Stay and Abandonment filed herein by the secured creditor, U.S. Bank National Association, as indenture trustee, for the CIM Trust 2016-3, Mortgage-Backed Notes, Series 2016-3, ("Movant"), doc. 34, and the Trustee's Limited Objection, doc. 36, and the Debtors' Objection, doc. 37. It appears to the Court that the parties have agreed to a course of action which will resolve the Motion conditioned upon certain provisions incorporated herein for the protection of the parties; and the Court, being otherwise fully advised in the premises, hereby issues the following agreement with respect thereto:

1. The parties agree that the Automatic Stay of 11 U.S.C. 362 of the Bankruptcy Code as it pertains to the real estate located at 223 E. Parkway Drive, Madison, Ohio 44057 is hereby vacated.  Movant may pursue relief against Debtors in a state court action up to but not including a sheriff's sale of the real estate.

2. The parties agree that the real estate shall remain property of the Bankruptcy Estate for six (6) months from the entry of this Order.  Following the expiration of the six (6) months, the real estate shall be automatically abandoned from the Estate, unless within those six (6) months the Trustee has entered into a purchase agreement with respect to the real estate and Movant has agreed to such sale.

**IT IS SO ORDERED.**

###

Agreed Upon:

/s/ Steven H. Patterson
_____
Steven H. Patterson (0073452)
Attorney for Movant
Reisenfeld & Associates, LPA LLC
3962 Red Bank Road
Cincinnati, OH 45227
voice: (513) 322-7000
facsimile: (513) 322-7099
e-mail: ohbk@rslegal.com

/s/ Heather L. Moseman
_____
Per written authorization
Heather L. Moseman (0076457)
Attorney for Debtor
Moseman Law Office, LLC
8500 Station Street, Suite 210
Mentor, OH 44060
voice: (440) 255-0832
facsimile: (440) 255-0932
e-mail: heather@mosemanlaw.com

/s/ Waldemar J. Wojcik
Per written authorization
Waldemar J. Wojcik (0021824)
Bankruptcy Trustee
526 Superior Avenue, Suite 211
Cleveland, Ohio 44114
voice: (216) 241-2628
facsimile: (216) 373-2392
e-mail: wwojcik@wojciklpa.com

**Copies to:**

    **Electronically Via ECF Mail:**

    Heather L. Moseman, Debtor's Counsel
    heather@mosemanlaw.com

    Waldemar J. Wojcik, Bankruptcy Trustee
    wwojcik@wojciklpa.com

    U.S. Trustee
    (Registered Address@usdoj.gov

    Steven H. Patterson
    OHBK@rslegal.com

    **Regular US Mail**:

    Dennis Martin Woodworth, Debtor
    223 East Parkway Drive
    Madison, OH 44057

    Victoria Lee Woodworth, Debtor
    223 East Parkway Drive
    Madison, OH 44057