IT IS SO ORDERED.

Dated: 16 October, 2017 03:08 PM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: | CHAPTER 7 |
| | CASE NO. 16-15566 |
| DENNIS MARTIN WOODWORTH | |
| VICTORIA LEE WOODWORTH | |
| Debtors | JUDGE JESSICA E. PRICE SMITH |

**JUDGMENT ENTRY UPON**
**APPLICATION TO DEFER COURT COSTS IN RE**
**TRUSTEE'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**

This matter came on for consideration by this Court upon Trustee's Application to Defer Court Cost in re Trustee's Motion for Authority to Sell Real Property at Short Sale (hereinafter the "Application"), and upon the Record in this case.

The Court finds that Trustee's Application is well taken and should be granted.

IT IS THEREFORE ORDERED that Trustee's Application is hereby granted, and that the court costs to file said Motion to sell shall be deferred until such time as the real property is liquidated and until such time as funds are received by the Estate and final distribution is made.

# # #

Submitted and Approved by:

Waldemar Wojcik Co., L.P.A.

/s/ Waldemar J. Wojcik
_____
Waldemar J. Wojcik (#0021824)
Attorney for Trustee
526 Superior Ave., Suite 211
Cleveland, OH 44114
Phone: (216) 241-2628
Fax: (216) 373-2392
Email: wwojcik@wojciklpa.com

**CERTIFICATE OF SERVICE**

    A copy of the foregoing Order upon Trustee's Application to Defer Court Costs in re Motion to Sell Real Property was served by the Clerk of the U.S. Bankruptcy Court by ordinary U.S. mail, postage prepaid and/or by ECF email upon those parties who receive notice through the Court's electronic noticing system, including upon each of the following:

    Heather L. Moseman, Attorney for Debtors (via ECF Email: heather@mosemanlaw.com and admin@mosemanlaw.com)

    Office of U.S. Trustee (via ECF email: Registered address @usdoj.gov)

    Waldemar J. Wojcik, Trustee (via ECF email: wwojcik@wojciklpa.com)

-2-