**IT IS SO ORDERED.**

Dated:  17 October, 2017 12:42 PM



       JESSICA E. PRICE SMITH
       UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: | CHAPTER 7 |
| | CASE NO. 16-15566 |
| DENNIS MARTIN WOODWORTH | |
| VICTORIA LEE WOODWORTH | |
| Debtors | JUDGE JESSICA E. PRICE SMITH |

**AGREED ORDER UPON
TRUSTEE'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY AT SHORT SALE
FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES**

This matter came on for consideration by this Court upon Trustee's Motion for Authority to Sell Real Property at Short Sale Free and Clear of Liens, Claims and Encumbrances and Notice of Opportunity to Object (hereinafter "Motion"), the Response of U.S. Bank National Association as

-1-

Indenture Trustee for the CIM Trust 2016-3, Mortgage Backed Notes, Series 2016-3 (hereinafter "U.S. Bank") upon stipulations of the Chapter 7 Trustee, U.S. Bank and the Debtors herein, by and through counsel for each of the said parties, and upon the record.

The above parties stipulate and agree and this Court therefore finds as follows:

1) That Trustee in his Motion seeks authority to sell the real estate titled to the Debtors identified as: 223 East Parkway Drive, Madison, Ohio 44057, County of Lake, Ohio (Permanent Parcel No. 02A010C010480), the legal description for which is described as follows:

> Situated in Village of Madison County of Lake and State of Ohio:
>
> And known as being Sublot No. 22 in Madison Parkway Estates of part of Original Madison Township, Lot No. 2, Tract No. 2 and Lot No. 4, Tract No. 8, as shown by the recorded plat in Volume N of Maps, Page 81 of Lake County Records, and being 70 feet front on the Westerly side of East Parkway Drive and extending back between parallel lines 167.00 feet deep, as appears by said plat, be the same more or less, but subject to all legal highways.
>
> (hereinafter "the Real Property")

2) That the Debtors and all other parties in interest and legal representatives of said parties, where known, were served with Trustee's Motion, together with notice of hearing thereon and of opportunity to object thereto, and are properly before this Court.

3) That the Real Property is subject to a recorded mortgage lien in favor of U.S. Bank upon which $136,754.86 plus interest at 9.87% from 7/1/16 is claimed to be due and owing, which amount exceeds its market value of $113,020.00.

4) That U.S. Bank has filed a Response to the Motion wherein it consents to the proposed short sale contingent on having its loan paid in the amount of not less than $92,199.74 through escrow, all as proposed in the Motion.

5) That the Debtors herein, by and through counsel, also consent to Trustee's Motion and the specific terms of sale as proposed therein.

-2-

6) That it is in the best interest of this Estate to sell the aforedescribed real property of the Debtors at a private short sale as proposed in Trustee's Motion, free and clear of liens, claims and other interests.

IT IS THEREFORE ORDERED that Trustee's unopposed Motion for Authority to Sell Real Property is hereby granted by agreement of all parties having an interest therein, and the Trustee is hereby authorized and directed to sell the above-described real property at short sale for $110,000.00 to Jake D. White, 606 Ribbonwood Oval, Madison, OH 44057, free and clear of all liens, claims and encumbrances, upon the terms and conditions set forth in Trustee's Motion and the attachments thereto.

IT IS FURTHER ORDERED that the mortgage lien of US Bank National Association as Indenture Trustee for the CIM Trust 2016-3, Mortgage Backed Notes, Series 2016-3, and for which Select Portfolio Servicing, Inc. is the Servicer, shall be deemed satisfied in full and released upon said mortgagee's receipt of not less than $92,199.74 from escrow upon sale closing.

IT IS FURTHER ORDERED that other liens which may be asserted, if any, shall be and the same are hereby transferred to the funds to be derived from the sale, subject to all Court approved costs of administration, and subject to further order regarding validity, extent and priority.

IT IS FURTHER ORDERED that to the extent necessary, Waldemar J. Wojcik, Trustee, is hereby authorized and empowered to sign any and all documents as may be necessary to effectuate the transfer of title ownership of the Real Property into the name of the purchaser thereof.

#         #         #

SUBMITTED AND APPROVED BY:

Waldemar Wojcik Co., L.P.A.

/s/ Waldemar J. Wojcik

_____
WALDEMAR J. WOJCIK (0021824)
Attorney for Trustee
526 Superior Avenue, Suite 211
Cleveland, Ohio 44114
Phone: (216) 241-2628
wwojcik@wojciklpa.com


Reisenfeld & Associates, LPA LLC

/s/ *Steven H. Patterson*

_____
Steven H. Patterson (0073452)
Attorney for U.S. Bank
3962 Red Bank Road
Cincinnati, OH 45227
Phone: (513) 322-7000
OHBK@rslegal.com


Moseman Law Office, LLC

/s/ *Heather L. Moseman*

_____
Heather L. Moseman (0076457)
Attorney for Debtors
8500 Station Street, Suite 210
Mentor, OH 44060
Phone: (440) 255-0832
heather@mosemanlaw.com

-4-

CERTIFICATE OF SERVICE

A copy of the foregoing Order upon Trustee's Motion for Authority to Sell Real Property at Short Sale was served by the Clerk of the U.S. Bankruptcy Court via ordinary U.S. Mail, postage prepaid and/or by ECF email upon each of the following:

Heather L. Moseman, Attorney for Debtors (via ECF Email: heather@mosemanlaw.com and admin@mosemanlaw.com)

Office of U.S. Trustee (via ECF email: Registered address @usdoj.gov)

Waldemar J. Wojcik, Trustee (via ECF email: wwojcik@wojciklpa.com)

Steven H. Patterson, Attorney for US Bank National Association
c/o Reisenfeld & Associates, LPA-LLC (via ECF email: ohbk@rslegal.com and rsbkecfbackup@gmail.com andreisenfeld@ecf.inforuptcy.com)

BK Global, Inc.
Attn: Patrick Butler
SVP, Corporate Real Estate Broker
1095 Broken Sound Parkway, Suite 100
Boca Raton, FL 33487

RE/MAX Results
Attn: Brady A. Secre
9954 Johnnycake Ridge Rd.
Concord, OH 44077

Lake County Treasurer
105 Main Street
Painesville, OH 44077

Jake D. White, Buyer
606 Ribbonwood Oval
Madison, OH 44057

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

-5-